No. 249. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* RECTOR & DAVIDSON. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Solicitor General Biddle* for petitioner. *Mr. Eustis Myres* for respondent.

No. 252. BRINKLEY *v.* FISHBEIN. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Will A. Morriss* for petitioner. *Mr. W. L. Matthews* for respondent.

No. 254. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* MALLINCKRODT ET AL., TRUSTEES. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Solicitor General Biddle* for petitioner. *Messrs. Harry W. Kroeger* and *Daniel N. Kirby* for respondents.

No. 258. PERSON *v.* UNITED STATES. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *L. K. Person, pro se. Solicitor General Biddle, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for the United States.

No. 261. MARYLAND CASUALTY Co. *v.* BOULT. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John Brunini* for petitioner.